

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00237-CV

———————————————

MARVIN HUNT AND MICHAEL SMITH, Appellants

V.

CENTREPORT LANDING APARTMENTS, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2023-003399-1

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

## MEMORANDUM OPINION

On November 16, 2023, we received "Appellee's Unopposed Motion to Dismiss For Want of Prosecution" in which it requested that we dismiss this appeal because Appellants failed to timely file their Appellants' brief. Appellants' brief was due on or before November 6, 2023, and, as of the writing of this opinion, we have not received the brief nor any request for an extension of the brief's deadline explaining its untimeliness. Having considered Appellee's motion, which is unopposed,[1] we grant the motion and dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.1(a)(1); 42.3(a); 43.2(f).

/s/ Brian Walker

Brian Walker
Justice

Delivered: December 21, 2023

---

[1]In the certificate of conference attached to the motion, Appellee certified that Appellants indicated via email that there is no longer a need to appeal the trial court's judgment in this case.